## Commonwealth ex rel. Heath, Appellant, *v.* Myers.

Submitted March 21, 1966.  *Odell Heath,* appellant, in propria persona; *Eugene V. Alessandroni, II,* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.
  Order affirmed.

## Commonwealth ex rel. Heiser, Appellant, *v.* Myers.

Submitted March 14, 1966. *Raymond Heiser,* appellant, in propria persona; *John F. Rauhauser, Jr.,* District Attorney, for appellee.
  Order affirmed.

## Commonwealth ex rel. Jackson, Appellant, *v.* Myers.

Submitted March 14, 1966. *William J. Jackson,* appellant, in propria persona; *Clarence C. Morrison,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for appellee.
  Order affirmed.